# PRIVATE TORT CLAIM, NOTICE OF LIABILITY, AND DEMAND FOR CIVIL AND CRIMINAL REMEDY

Filed by Jay'Len D. Bell, Executor/Trustee/Secured Party

BDJ Living Trust

2:25-cv-486

TO: All Named and Unnamed Officers, Agents, and Employees of:

City of Saint Albans Police Department

Kanawha County Circuit Court, Jackson County Circuit Court

South Central Regional Jail Personnel

Any State or Federal Actor in Participation

## I.

## STATEMENT OF FACTS

This filing serves as a Formal Civil and Criminal Notice of Claim for egregious and willful violations of:

Jay'Len D. Bell's Natural, Constitutional, and Internationally Protected Rights;

His Private Capacity as Executor/Trustee/Secured Party of the BDJ Living Trust, a private irrevocable trust estate;

His physical body, legal status, trust property, and spiritual sovereignty.

The following acts are hereby charged as violations against the Living Man:

Kidnapping and Unlawful Seizure (in violation of U.S. and international law);

Assault and Battery under Color of Law;

Attempted Murder and Reckless Endangerment;

Multiple Acts of Rape, Gang Rape, or Sexual Violation by Force or Threat;

Illegal Compulsion, Coercion, and Duress including forced plea bargaining;

Malicious Prosecution without jurisdiction or lawful presentment;

Violation of Due Process and Equal Protection under the 14th Amendment;

Breach of Trust and Tortious Interference with a Private Trust Estate.

## II.

## CAUSES OF ACTION

This Tort Claim and Criminal Complaint is based on the following violations:

## 18 U.S.C. § 241 – Conspiracy Against Rights

"If two or more persons conspire to injure, oppress, threaten, or intimidate any person... in the free exercise or enjoyment of any right or privilege secured by the Constitution or laws of the United States..."

## 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

"Whoever, under color of any law... willfully subjects any person... to the deprivation of any rights, privileges, or immunities secured... shall be fined or imprisoned... and if death results, or if such acts include kidnapping or aggravated sexual abuse... shall be punished by death or life imprisonment."

**Tort Law & Common Law Claims**

False Imprisonment

Torture and Psychological Harm

Violation of Bodily Integrity

Intentional Infliction of Emotional Distress

Civil Conspiracy and Abuse of Power

Negligent Supervision, Failure to Protect

## III.
## PARTIES LIABLE

The following agents, officers, and institutions are hereby put on notice:

Saint Albans Police Department (SAPD)

All unnamed officers involved in the acts of assault, rape, abduction, coercion, and battery;

Any Sheriff, Deputy, or Correctional Officer at South Central Regional Jail involved in the incident(s);

Any Judge, Clerk, or Prosecutor knowingly acting in conspiracy or violation of rights;

Bond Agent John Phillip Stevens, for contributing to false imprisonment and complicity in coercive custody.

## IV.
## NOTICE OF INTENT TO FILE FEDERAL CLAIM & SUIT FOR DAMAGES

In accordance with the Federal Tort Claims Act, the undersigned declares intent to file civil suit and pursue criminal referral for:

$25 Million USD per violation, including sexual assault, unlawful detainment, duress, and attempted murder;

Permanent Injunction against any continued enforcement, contact, or presumption of jurisdiction;

Personal Liability of All Agents involved under Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971).

V.

**REMEDY AND RELIEF DEMANDED**

The following are hereby demanded:

Immediate dismissal of all charges against Jay'Len D. Bell under Case Nos. 22-F-50 and 23-F-308;

Immediate expungement of any records or fingerprints obtained through fraud, force, or threat;

Public apology and restitution from the City of Saint Albans and/or West Virginia State;

Referral to Department of Justice, Civil Rights Division;

Initiation of full investigation into gang assault, sexual abuse, and organized corruption;

$250,000,000 USD claim for general, special, and punitive damages.

## VI.

## RESERVATION OF RIGHTS

All rights reserved nunc pro tunc ab initio. This notice is filed by Special Appearance only and shall not be construed as consent to jurisdiction, contract, or citizenship presumption.

Filed under UCC 1-308, UCC 3-501, and all inherent unalienable rights secured by Divine Law, Natural Law, and Constitutional protections.

Executed this day: July 28, 2025

By: *Jaylen D. Bell, Trustee*

Jay'Len D. Bell

Executor/Trustee/Secured Party

BDJ Living Trust

c/o 19211 Panama City Beach Pkwy #2014

Near Panama City Beach

Non-Domestic, Without the U.S., Zip Exempt

Jaylen.D.Bell.Trustee@proton.me

*[Handwritten annotation: UCC 1-308 & UCC 1-302 All Rights Reserved Without Prejudice]*

AO 240 (Rev. 7/21) – Application to Proceed in District Court Without Prepaying Fees or Costs

Plaintiff: Jaylen D. Bell, Trustee of BDJ Living Trust Defendants: Prosecutors Jackson County, and Kanawha County, WV Court: U.S. District Court for the Southern District of West Virginia

Case Number: _____

☑ I am the plaintiff and I declare that I am unable to pay the costs of these proceedings.

☑ I request permission to proceed without prepayment of fees or costs under 28 U.S.C. §1915. I declare under penalty of perjury that the information I provide in this application is true and correct.

Autograph: *Jaylen D. Bell Trustee*

Date: July 28, 2025